UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | 2:00-cr-00427-PMP-VCF |
| ) | ORDER |
| WILLIAM HENRY COLLIER ) | |
| Defendant. ) | |

In light of the attached letter from Defendant William Henry Collier, it appears Defendant Collier did not receive copies of the Responses filed by Joseph F. Gulla, Supervisory United States Probation Officer, and the Government (Doc. ##160, 161) in response to this Court's Order (Doc. #159).

IT IS THEREFORE ORDERED that the Clerk of Court shall mail a copy of this Order, along with the Responses (Doc. ##160, 161), to Defendant William Henry Collier.

DATED: October 13, 2014

_____
PHILIP M. PRO
United States District Judge

10-7-14

TO: THE Honorable Philip M. Pro

I William H. Collier Jr. # 76924-011
Case No: CR-S-00-427-PMP(LRL)

I am writing in pertaining to the result and outcome on the decision indicted warrant that was place on me you have ordered 5/15/14 that counsel and United States Probation Officer Joseph Gulla shall advise the court within 30 days to address defendant Collier's concerns.

I like to know have the probation officer explain why I have indicted warrant place on me. Dec. 2014 I go to the parole board that I'm trying to get the warrant lifted because the parole board think it's something else, I inform them that it's only to inform the probation officer that I'm being release, that's what's the warrant consist of, can the probation officer check into this matter.

I Thank you
William H. Collier Jr.

William H. Collier Jr. #76500
High Desert State Prison
P.O. Box 650
Indian Springs, NV. 89070-0650

LEGAL MAIL

Philip M. Pro
United States District Judge
U.S. District Court
District of Nevada
Lloyd D. George U.S. Courthouse
333 Las Vegas Blvd. So.—Rm 7015
Las Vegas, NV 89101-7079

89101707955


